# UNITED STATES DISTRICT COURT
for the

District of New Jersey

## MAGISTRATE'S COURTROOM MINUTES

| | |
|---|---|
| UNITED STATES OF AMERICA<br>*Plaintiff*<br>v.<br>KIMBER BRUNFMAN<br>*Defendant* | MAGISTRATE JUDGE: Waldor<br>CASE NO. 23-mj-09187-CLW-1<br>DATE OF PROCEEDINGS: 5/2/23<br>DATE OF ARREST: 5/2/23 |

**PROCEEDINGS:** Initial R-5

- [x] COMPLAINT
- [x] ADVISED OF RIGHTS
- [ ] ORDER OF DETENTION
- [x] APPT. OF COUNSEL: [x] AFPD [ ] CJA
- [ ] PRELIMINARY HEARING WAIVED ON THE RECORD; *see R-5 waiver*
- [ ] CONSENT TO MAGISTRATE'S JURISDICTION
- [ ] PLEA ENTERED: [ ] GUILTY [ ] NOT GUILTY
- [ ] PLEA AGREEMENT
- [ ] RULE 11 FORM
- [x] FINANCIAL AFFIDAVIT EXECUTED
- [ ] OTHER: _____

- [ ] TEMPORARY COMMITMENT
- [x] CONSENT TO DETENTION WITH RIGHT TO MAKE A BAIL APPLICATION AT A LATER TIME
- [ ] BAIL DENIED - DEFENDANT REMANDED TO CUSTODY
- [ ] BAIL SET: _____
  - [ ] UNSECURED BOND
  - [ ] SURETY BOND SECURED BY CASH/PROPERTY
- [ ] TRAVEL RESTRICTED _____
- [ ] REPORT TO PRETRIAL SERVICES
- [ ] DRUG TESTING AND/OR TREATMENT
- [ ] MENTAL HEALTH TESTING AND/OR TREATMENT
- [ ] SURRENDER AND/OR OBTAIN NO PASSPORT
- [ ] SEE ORDER SETTING CONDITIONS OF RELEASE FOR ADDITIONAL CONDITIONS

**HEARING SET FOR:**

- [ ] PRELIMINARY/REMOVAL HRG.     DATE: _____
- [ ] DETENTION/BAIL HRG.          DATE: _____
- [ ] TRIAL: [ ] COURT [ ] JURY    DATE: _____
- [ ] SENTENCING                   DATE: _____
- [ ] OTHER: _____           DATE: _____

**APPEARANCES:**

AUSA: GEORGE MEHRIZ BARCHINI, JR.

DEFT. COUNSEL: C. Lowe

PROBATION: _____

INTERPRETER _____
   Language: _____

TIME COMMENCED: 2:41 pm
TIME TERMINATED: 2:50 pm
CD NO: ECR

TIM GORMAN
DEPUTY CLERK