# UNITED STATES DISTRICT COURT
## for the
### District of New Jersey

| | |
|---|---|
| UNITED STATES OF AMERICA<br>*Plaintiff*<br><br>v.<br><br>KIMBER BRUNFMAN<br>*Defendant* | Case No.   23-mj-09187-CLW-1 |

## ORDER APPOINTING FEDERAL PUBLIC DEFENDER

The financial inability of the defendant to retain counsel having been established by the Court, and the defendant not having waived the appointment of counsel,

It is on this ___2___ day of __May_____, 20_23_,

ORDERED that __C. Lowe_____ from the office of the Federal Public Defender for the District of New Jersey is hereby appointed to represent said defendant in the cause until further order of the Court.

__Waldor_____
United States Magistrate Judge